No. 01–1500. CLAY v. UNITED STATES. C. A. 7th Cir. Certiorari granted limited to the following question: "Whether petitioner's judgment of conviction became 'final' within the meaning of 28 U. S. C. § 2255, par. 6(1), one year after the Court of Appeals issued its mandate on direct appeal or one year after his time for filing a petition for writ of certiorari expired." 

No. 00–1790. DIAZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 00–7021. MOORE v. UNITED STATES;
No. 00–7070. ELLIS v. UNITED STATES;
No. 00–7085. WILSON v. UNITED STATES; and
No. 00–8082. MCCAIN v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 00–8810. RICHARDSON v. LUEBBERS, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. Sup. Ct. Mo. Certiorari denied.

No. 00–9976. KING v. GEORGIA. Sup. Ct. Ga. Certiorari denied. 

No. 00–10728. HOLLADAY v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 00–10864. DICKERSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 00–10895. LANE v. UNITED STATES. C. A. 11th Cir. Certiorari denied.